PC SCAN

RECEIVED
1/23/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED
4/2/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

Charlie Booker #M138554

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 24 C 50344
(To be supplied by the Clerk of this Court)

Andrea Tack, Arthur Manzano, Williams Bruno, Monica Carpenter, Larry Sy, Jane Young, Jaimie Chess, John Mcbride, Holly Spencer, Susan Tuell, Mirella Susnjar, Jane Stone, Jane Presley, Jane Rebecca, Jane Forbes, Jane Ford, Jane Emmore, Jane Johnson, Jane Jackson, John Sproul, Jane Monk, Kristina Mershon, John Doe #1, Jane Doe #1, Jane Doe #2

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**                **AMENDED COMPLAINT**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.   **Plaintiff(s):**

A.   Name: Charlie Booker

B.   List all aliases: N/a

C.   Prisoner identification number: M38554

D.   Place of present confinement: Dixon Correctional Center

E.   Address: 2600 N Brinton Avenue, Dixon, IL 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Andrea Tack

Title: Warden

Place of Employment: Dixon Correctional Center

B.   Defendant: Arthur Manzano

Title: Assistance Warden of Operations

Place of Employment: Dixon Correctional Center

C.   Defendant: Williams Bruno

Title: Superintendent For STC/DPU

Place of Employment: Dixon Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Additional Defendants Names, Title, & Place of Employment

Monica Carpenter
Health Care Unit Administrator
Dixon Correctional Center

Larry Sy
Medical Doctor
Dixon Correctional Center

Susan Tuell
Nurse Practitioner
Dixon Correctional Center

Kristina Mershon
Nurse Practitioner
Dixon Correctional Center

Jamie Chess
Psychology Administrator Supervisor
Dixon Correctional Center

Jane Young
Psychology Administrator
Dixon Correctional Center

John Mcbride
Internal Affairs Supervisor
Dixon Correctional Center

Holly Spencer
Medical Administrator
Dixon Correctional Center

Mirella Susnjar
Psychiatrist
Dixon Correctional Center

Jane Stone
Psychiatrist
Dixon Correctional Center

Jane Presley
Segearant
Dixon Correctional Center

Jane Rebecca
CNA (Nurse)
Dixon Correctional Center

Jane Forbes
CNA (NURSE)
Dixon Correctional Center

Jane Ford
Registered Nurse
Dixon Correctional Center

Jane Emmor
Registered Nurse
Dixon Correctional Center

Jane Monk
Registered Nurse
Dixon Correctional Center

Additional Defendants Name, Title, & Place of Employment

Jane Johnson
Mental Health Staff
Dixon Correctional Center

Jane Jackson
Registered Nurse
Dixon Correctional Center

John Sproul
Registered Nurse
Dixon Correctional Center

John Doe #1
Correctional Officer
Dixon Correctional Center

Jane Doe #1
Registered Nurse
Dixon Correctional Center

Jane Doe #2
Registered Nurse
Dixon Correctional Center

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Charlie Booker #M38554 VS. Andrea Tack et.al; 24-C-50344

B. Approximate date of filing lawsuit: 8-16-24

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Charlie Booker #M38554

D. List all defendants:

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court Northern District of Illinois Western Division

F. Name of judge to whom case was assigned: Honorable / Judge Rebecca R. Pallmeyer

G. Basic claim made: Deliberate indifference, failure to protect, harassment, Retaliation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: 8-16-24

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

1. Plaintiff is housed at Dixon Correctional Center for psychiatric treatment.

2. Plaintiff went on hunger strike 12-14-23 and ended his hunger strike on 1-17-24.

3. Plaintiff went on hunger strike for multiple issues for: (1) Not Recieving any medical treatment for his heart condition, (2) Records office Supervisor intentionally refusing to file an Interstate Agreement on Detainers to resolve Plaintiff warrant from Tennessee which has been delaying and interfering with Plaintiff Illinois Appeal courts that plaintiff has been for nearly 3 years. (3) Warden Track & Monzgaro, and Internal Affairs failure to address, & resolve issues with their staff for Excessive Force, Batteries & assaults on Plaintiff. (4) Security taking & destroying Plaintiff's personal Property/ Legal documents. (5) Counselors & Grievance Officers staff violating the Grievances Policy & procedures by either holding Plaintiff's grievances past 30 day time frame, & not responding, or refusing to process Grievances & destroy them which is delaying & interfering with Plaintiff issues being resolved to cover up staffs bad deeds.

4. On 12-14-23 Plaintiff was housed in X-B-7 when he declared hunger strike at Dinner to C/o Sharp.

5. On 12-17-23 Nurse Monk didn't offer/Provide Plaintiff a full hunger strike Assessment consisting (Blood Pressure, acqu-check, weight, pulse, temperature, blood drawn,

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Additional Statement Of Claims:

9. On 12-19-23 after Plaintiff arrived to the infirmary ~~Nurse~~ Nurse Forbes Checked Plaintiff Blood Sugar that read (29) which is severely critical to Plaintiff health, and failed to provide Plaintiff immediate treatment. Plaintiff also stated he was weak and needed treatment and Nurse Jane Doe #1 stated to Plaintiff come off hunger strike.

10. On 12-19-23 Mental Health Dr. Marquez was notified of Plaintiff Hunger strike and critical labs results by Jane Doe#1 nurse and he failed to intervene or didn't even come out to see Plaintiff.

11. On 12-25-23 Nurse Ford provided Plaintiff with urine cup with the following results: Leukocytes−15+, Nitrate−Negative, Urobiligen−0.2, Protein−300, PH−6.0, Blood−Negative, SG−1.030, Ketones−160, Bilirubin−2, & Glucose−Negative which is critical & Severe to Plaintiff health & Nurse Ford refused to provide treatment.

12. On 12-20-23 Nurse Ford Checked Plaintiff blood sugar that read 54 which is Critical to Plaintiff health & failed to provide Plaintiff treatment.

13. On 12-21-23 Nurse Ford provided Plaintiff with urine cup with the following results: Leukocytes−Negative, Nitrate−Negative, Urobiligen−0.2, Protein−300, PH−5.0, Blood−Negative, SG−1.030, Ketones−160, Bilirubin−Negative, Glucose−Negative which are critical signs to Plaintiff health & Nurse Ford refused to provide treatment to Plaintiff.

14. On 12-27-23 Plaintiff was seen by Psychiatrist Dr. Stone & reported to her that I'm having Chest pains, dizziness, Shortness of breath, & having back, Sides, & Kidney pains, & I'm not recieving no medical treatment for nothing, and Dr. Stone stated to Plaintiff that cant do nothing and come off hunger strike, & left.

15. On 12-27-23 & 12-28-23 Plaintiff was in RG−36 when nurse Jackson came with C/O Dowd, ~~correct~~ & multiple other officers to offer me a blood sugar check which I agreed to do. Nurse Jackson & Security refused to get me out of cell & instead ordered me to force my hand through Chuckhole or it's a refusal. Plaintiff did As ordered to Check his blood sugar, because Plaintiff blood sugar has been in critical condition for past days. Then Nurse Jackson Pricked Plaintiff hand, but no blood came out & She ordered me to get the blood out, because it's not her job to do that while her & the Security staffs stood around laughing stating if you want to save your life squeeze that blood out.

16. On 12-28-23 Nurse Tuell recieved Plaintiff's labs Results: Chloride Level- 97; -Glucose Level- 74, ALT-14, Bilirubin Total- 1.40 With comments from KSB Laboratory that states that Plaintiff have indications of Chronic Kidney disease, & kidney failure that's critical. But Nurse Tuell reported to me that everything's fine, and refused to provide me with any treatment.

17. On 12-28-23 Plaintiff gave Nurse Jane Doe #1 urine cup with the results: S/O-Dark Orange urine, Leukocytes- Negative, Nitrate-Negative, Urobiligen-0.2, Protein- 15, PH-5.0, Blood-Negative, SG- 1.025, Ketones-160, Bilirubin- Negative, Glucose-Negative which are critical/severe signs to Plaintiff's health & Nurse Jane Doe #2 refused to provide Plaintiff with any treatment.

18. On 12-29-23 Plaintiff was sent out to see Cardiology DR. Avitall for his heart condition at UIC Hospital. DR. Avitall ordered Dixon Medical Staffs/DR.Sy to attach a heart monitor to me for 14 days & come to see him in 2 months. (Now it's a year later & Plaintiff still haven't recieved heart monitor or seen by Cardiology again since 12-29-23 for his serious heart condition, and still not recieving "ANY" Medical treatment for his heart. Plaintiff is still experiencing chest pains, racing heart, dizziness, & shortness of breath. On Top of other serious medical conditions like (Kidney failure/disease/Pain & fluid on Pancrea). that DR.Sy is failing to provide medical treatment for.

19. On 12-31-23 Plaintiff gave Nurse Jane Doe #1 his urine in a cup with the results: S/O-Orange, Leukocytes-Negative, Nitrate-Negative, Urobiligen-0.2, Protein-30, PH-5.0, Blood-Negative, SG- 1.030, Ketones-160, Bilirubin- 1, Glucose-Negative which is critical/severe signs to Plaintiff's health & Nurse Jane Doe #2 refused to provide Plaintiff with any treatment/Take Any Action.

20. On 1-2-24 Plaintiff gave Nurse Rebecca his urine in a cup with the following results: Leukocytes-Negative, Nitrate-Negative, Urobiligen-0.2, Protein -2000, PH-5.0, Blood-Negative, SG-1.025, Ketones-160, Bilirubin- 4, Glucose-Negative which is more critical/severe to Plaintiff's health/Life & Nurse Rebecca refused to provide Plaintiff with ANY Treatment or take Any Action knowing this can result to further severe injuries, but failed to prevent further damages/injuries.

21. On 1-4-24 Nurse Tuell Recieved Plaintiff's labs results & these following lab results were sent & placed in Nurse Mershon & Dr. Sy files with comments from KJB Laboratory: Chloride Level-97; ALT-15; BUN-30; Glucose Level-73; Calcium Level-10.5, Protein-8.4 with comments stating Plaintiff has indications of Chronic kidney disease & kidney failure that's critical (Extremely) to Plaintiff's Health & life and Nurse Tuell, Nurse Mershon, & Dr. Sy still refused to provide Plaintiff with Any medical treatment or take Any action to prevent further severe injuries.

22. On 1-8-24 Plaintiff talked with his Psychiatrist Dr. Junswar. Plaintiff reported to Dr. Junswar that he's having Chest pain, shortness of breath, kidney/back pain, & sides pain, & Dr. Junswar stated what do you want and be reason. I told her my issues with (Records Office, my medical treatment, Feeding tube), and all she said is I cant help you if you continue to stay on hunger strike.

23. On 1-8-24 Nurse Tuell recieved Plaintiff labs Results & sent to Dr. Sy file Results of: CO2-31, BUN-24, Glucose Level-66 with Comments from KJB Laboratory that Plaintiff have indications of Chronic kidney disease & kidney failure. Plaintiff weight was finally checked again (weight: 127 pound) from last weight check on 12-29-23 (weight: 150 pounds) Significant weight loss & Nurse Tuell & Dr. Sy failed to still provide plaintiff treatment to prevent further injuries.

24. Later on 1-8-24 Dr. Sy came to PG-36 to see Plaintiff & Plaintiff stated to Dr. Sy that he's having Chest pain, shortness of breath, dizziness, racing heart, & sides/back/kidney pains & Dr. Sy shrugged his shoulders in an "I don't Care" Motion. Then Dr. Sy said he may have to go down to get A Court Order now for that feeding tube. Dr. Sy never returned, never got court order, or provided Plaintiff with Any medical treatment for Any of his serious medical issues that he knew about from all labs & failed to prevent further injuries to Plaintiff.

Additional Statement of Claims:

4 of 7

25. On 1-12-24 I was housed in RG-36 when Jane Doe #2 Nurse came to offer Plaintiff an IV fluid ordered by Dr. J, and Plaintiff told her you all trying to force an IV on me, but won't get a court order to force feed me being on A month hunger strike that's how I know you all ain't reporting this to outside Supervisors. Nurse Jane Doe #3 claims I will get force feed, but IV is first, before feeding tube, and failed to provide me Any treatment for plaintiff dehydration & lack of Nutrition.

26. On 1-12-24 at 5:21pm Plaintiff was housed in RG-36 when Sgt. Presley came to my door with A bag of cereal & told me she will give me As many as I want, & I can get up to let A nurse check my vitals. Plaintiff told Sgt. Presley that's he's weak, having chest pain, & kidney pains & it's painful when I move. Plaintiff also told Sgt. Presley that she knew he couldn't eat nothing, because you all watched his throw food right back up, & I need clean water to drink & not toilet water. Sgt. Presley told Plaintiff to deal with it & walked away.

27. On 1-13-24 Plaintiff was in RG-36 when he got the attention of Porter/worker & told him they are trying to let me die to cover up what they have done to me & I don't have no working water & I'm forced to drink toilet water. This unknown Porter reported to staffs. A moment later C/O Reyes came to Plaintiff cell & asked him to press water to check to see if water worked & he witnessed for himself it didn't, and told Plaintiff all he can do is put in work order. Then Nurse Emmore (who been aware of this issue for weeks) stated she didn't know & told Plaintiff she will bring him a few cups about got Plaintiff 5 tiny cups of water & told him to let her know when he needs more, until we can move you. Plaintiff also told Nurse Emmore about his chest pains, shortness of breath, back, side, & kidney pains & Nurse Emmore didn't provide Any treatment & just told Plaintiff to come off hunger strike.

Additional Statement of claims:

28. On 1-14-24 Plaintiff was housed in RG-36 when Warden Manzano Health Care Administrator Carpenter, DR.J, & Security came in to cuff me, while laying in bed to talk to me, about my hunger strike. First DR.J asked how I'm feeling & I told him terrible & all the same issues I been telling you about for a month now. ( Chest pains, back & sides pain, shortness of breath, short term memory lost, & pain when peeing) Plaintiff also told DR.J that you only tell him to let him know when there's blood in urine, and ain't providing plaintiff with no medical treatment. Then Warden Manzano (1st Warden visit on a month hunger strike), asked Plaintiff what's wrong & Plaintiff told Warden Manzano he's not recieving no medical treatment, Records office refusing to file his (IAD) Interstate Agreement on Detainers to resolve his warrant that I requested over 2 years, My grievances aren't being addressed & resolved, Not recieving law library services, Security took all my legal documents & personal property, & so many other issues, but those are the most important at the moment, & Warden Manzano claims he will look into it. Then he said now that I heard your issues will you end your hunger strike & I told him no I want to be forced feed, save lives, & see Springfield, because we're being mistreated & I'll sacrifice my life to save thousands. Then he asked if he got me a court order will I stay on for a day or 2 until my body can tolerate food & come off & I told him I don't know. Then I said can you just go get the court order today & he said he was told this yesterday & he just needed to talk to me to make sure I said it, because it's always 2 sides of a story, but they will go get a court order today. Then HCU Administrator Carpenter told me if I got to be forced feed they will have to cut open my side & put a tube in, and I told her I don't care you are aware of all my critical labs & not providing me no treatment like your staffs. Then she told me you are getting in the tub today, even if they have to force me, & I told her no it's painful when I move my body. Then she asked me who do I call & who's my support? I asked her what does that have to do with anything & she said she just want to know. Then I asked for my labs because her staffs been refusing to give them to me & tell me everything fine. A moment later she returned with labs & stated that my labs are only like that because I need to eat & drink.

Additional Statement Of Claims!

29. On 12-19-23 at 3pm Plaintiff was in RC7-26 when Nurse Emmole Checked Plaintiff Blood sugar that read (59) which is Severe/Critically low to plaintiff health/life, a Nurse Emmole failed to provide Plaintiff Any medical treatment to prevent further serious injuries to Plaintiff.

30. On 1-19-24 Plaintiff declared hunger strike again at breakfast to C/o Ortiz who refused to document it a Stated he about to go home a told Plaintiff to tell next shift to report it a Sat Breakfast tray outside Plaintiff cell on a table.

31. Then Nurse Emmole arrived with 2 Boost drinks to offer to Plaintiff a Plaintiff told her that he's back on hunger strike, because it's very painful when I eat or drink Anything, a I'm not recieving no medical treatment, a She said I have to eat, so she can see me make A bowel movement a Send me back to the x-house.

32. Hours later (2 Hours) DR.Sy arrived to Plaintiff cell door a Asked Plaintiff what's wrong. Then Plaintiff told him no I'm back on hunger strike, because I'm still having pain in my stomach, kidneys, a back/sides when I eat or drink Anything, a I'm not recicving no medical treatment that's why I'm back on hunger strike, and you all trying to kick me out infirmary with no treatment. Then DR.Sy struggged his shoulders a said "well I'm still releasing you from the infirmary a Sending you back out to the x-house. Then I told him he can't a not suppose to do that, And Nurses Tuell a Emmole told me that they have to see me make A bowel movement before I'm released from infirmary a he looked at cell next door to me to make sure that person wasn't watching him (I Asxxnx out) a Shrugged his shoulders again a walked Away.

33. On 1-19-24 later After Plaintiff was discharged from infirmary a taken to x-house Restricted housing unit a placed in A shower. with 2 Boosts drinks in hand that was given by Nurse Emmole before leaving infirmary. Then C/o Ditzler, a C/o Rubio told Plaintiff to put hands out chuckhole to remove cuffs a be stripped search and Plaintiff complied Then C/o Ditzler snapped Plaintiff 2 Boost drinks out of hands a told Plaintiff told him the Doctor ordered him to take them until I can process Solid foods a he said he don't care I can't have them back here a threw them in trashcan. Then Lunch trays arrived a C/o Rubio refused to feed plaintiff A tray or get plaintiff Boost drinks stating I wasn't here during his count so I don't get to have

34. From 1-1-24 until 1-17-24 Plaintiff has reported to the following Mental Health staffs: "Dr. Chess, Dr. Stone, Dr. Sunscar, Dr. Young, & Ms. Johnson" his serious medical issues over the period of a crisis watch of "shortness of breath, back & kidney pains, sides pains, chest pain, short term memory loss, pain when peeing, dizziness, & racing heart that he's been experiencing and not recieving no medical treatment for his medical conditions/issues.

35. Plaintiff have submitted request slips repeatedly to Wardens Jack, Manzano, Superintendent Bruno, HCU Administrator Carpenter, & NOW (Fuller who now the Administrator), H. Spencer Lt. McBride (Internal Affairs supervisor), Dr. Chess, & Dr. Young for interviews to address & resolve these issues, file charges, sent out to recieve treatment from Specialists, & their staffs misconduct. They all still failed to take any action, & intervene & provide plaintiff medical treatment.

36. Plaintiff has filed multiple grievances arising out of this incident to call the attention of those responsible for the matter that the grievances concerns.

37. After a year of great pain mentally, emotionally, & physical. Plaintiff still haven't recieve the proper medical treatment that's related to this declared hunger strike issues.

38. Plaintiff have exhausted all his remedies and still is continuing to do so to the best of his ability.

39. On 1-19-24 Plaintiff came off hunger strike and Nurse Sproul refused to provide plaintiff a liquid diet coming off a 34 day hunger strike. And wouldn't provide plaintiff with no medical treatment after plaintiff told him that he still having back, chest, sides, & kidney pains, Then Nurse Sproul told plaintiff everything fine it's just my gas box, because I haven't eaten in weeks.

# CLAIMS FOR RELIEF:

1. Defendants DR.Sy, Wardens Andrea TACK & Arthur Manzano, Superintendent Williams Bruno, CARpenter, Tuell, Mershon, John Doe #1 Chess, Young, Mcbride, Spencer, Susnucir, DR. Stone, Jackson Sgt. Presley, Rebecca, Forbes, Ford, Emmole, Monk, Johnson, Sproul, Jane Doe #1 & Jane Doe #2 Constitutes to violation of the Eighth Amendment Claim for Deliberate Indifference to Plaintiff's medical care while on his hunger strike having issues with his heart condition (WPW), Chest pains, dizziness, shortness of breath, short term memory loss, Urine infection, liver damage/infection, fluids on Pancrea, Chronic kidney disease, & kidney failure and they refuse to Provide Plaintiff medical treatment.

2 Defendants DR.Sy, TACK, manzano, Bruno, CARpenter, Tuell, Mershon, Chess, Young, Mcbride, Spencer, Susnucir, DR. Stone, Jackson, Sgt. Presley, Rebecca, Forbes, Ford, Emmole, Monk, Johnson, Sproul, JAne Doe #1 & JAne Doe #, John Doe #1 Constitutes to violation of the Eighth Amendment claim for Failing to Protect Plaintiff and not intervening with Plaintiff medical care issues while on hunger strike for his heart condition, (WPW), chest pains, dizziness, shortness of breath, short Term Memory loss, liver damage/infection, Urine infection, fluid on Pancrea, Chronic kidney disease, & kidney failure and they refuse to Provide Plaintiff medical treatment.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

& urine test) "To Plaintiff Knowledge". Nurse Monk only offered plaintiff blood pressure and attempted to draw blood. causing intentionally pain by forcefully/continually pushing needle in deeper even after plaintiff stated it hurt, and still wasn't able to get any blood. Nurse Monk eventually gave up after about 5-10 minutes & rescheduled for NP Merson 12-18-23.

6. On 12-18-23 (NP) Merson retrieved Plaintiff blood and stated you're really dehydrated. Then I was given a cup to provide my urine by Nurse Monk urine results: Leukocytes-Negative, Nitrate-Negative, Urobiligen-0.2, Protein-30, PH-5.0, Blood-Negative, SG-1.030, Ketones-160, Bilirubin-Negative, Glucose-Negative. These results were Sent to (NP) Merson file, which are critical signs to Plaintiff health. (Per confidential Nurse this is an emergency & I should of been on feeding Tube).

7. On 12-19-23 Nurse Merson recieved Plaintiff labs Results: Sodium Level $\overset{LO}{-}$135, Chloride Level-95$^*$, Glucose Level-27, & Bilirubin Total-2.50$^H$ with (MR. Jamie Citer Comments) that stated Plaintiff Glucose Level was 27 Critical, and has indications of Chronic Kidney Disease, and kidney failure. Nurse Merson failed to take any actions knowingly it can cause ~~more~~ further injuries to Plaintiff.

8 On 12-19-23 Plaintiff was in X-B-7 when John Doe#1 later came to tell Plaintiff that he has been admitted to the infirmary. Then John Doe#1 ordered Plaintiff to walk about (2 city blocks over to the infirmary dragging his heavy load of property on a cart) on a 5 day water & hunger strike. Plaintiff was exhausted, cold with no coat, and had to stop, sit, and rest multiple times from lack of energy. with no assistance from John Doe#1 (who also refused to call back officer with the escort van.

5                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

A) Compensatory damages in an amount to be determined by a Jury.
B) Punitive damages in amount to be determined by a Jury.
C) Nominal damages and Emotional and mental distress.
D) A Jury trial on all issues triable by a Jury
E) Plaintiff cost in preparing, filing, and prosecuting his suit with interest
F) Any additional relief that this Court deems just proper and equitable.

**VI.    The plaintiff demands that the case be tried by a jury.**     YES     NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___21^st___ day of __January__, 20_25_

_Charlie Booker_


_____
(Signature of plaintiff or plaintiffs)

Charlie Booker
(Print name)

M38554
(I.D. Number)

Dixon Correctional Center

2600 N. Brinton Ave.

Dixon, IL 61021
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]